**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ABC,

*PLAINTIFF*,

V.

DEF,

*DEFENDANT*.

Case No. 26-mc-00027

**ECF Case**

## NOTICE OF PLAINTIFF'S MOTION TO REDACT

**PLEASE TAKE NOTICE** upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Seal/Redact (the "Motion"), and the Declaration of Jacquelyn M. Kasulis in Support of the Motion, dated January 15, 2026 and the exhibits attached thereto, the undersigned will move this Court before the Honorable _____J. Paul Oetken_____, United States District Judge, in ____, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order directing that portions of Exhibits A, B, D, and F, attached to Plaintiff's Complaint be sealed/redacted in this matter and remain sealed unless and until the seal is lifted by Order of this Court, and granting such other further relief as this Court may deem just and proper.

Dated:  New York, New York
        January 15, 2026

Granted.  Portions of Exhibits A, B, D, and F, attached to Plaintiff's complaint shall be sealed/redacted in this matter and remain so until the seal is lifted by Order of this Court.

So Ordered.
1/21/2026

_____
J. PAUL OETKEN
United States District Judge

KIRKLAND & ELLIS

 */s/ Jacquelyn M. Kasulis*
Jacquelyn M. Kasulis, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4691
Facsimile: (212) 446-4900
Email: jacquelyn.kasulis@kirkland.com

Christopher W. Keegan, P.C. (*pro hac vice* forthcoming)
Travis D. Bragg (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
555 California St., Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: chris.keegan@kirkland.com
Email: travis.bragg@kirkland.com

*Attorneys for Plaintiff*
DeFi Alliance LLC

2