# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Lamina Bowen
To Call Writer Directly:
+1 212 390 4122
lamina.bowen@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 12, 2026

**<u>VIA CM/ECF</u>**

Hon. Paul J. Oetken
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *ABC v. DEF*, 1:26-mc-00027-JPO

Dear Judge Oetken:

   We write regarding the above-referenced miscellaneous action, which was commenced for the limited purpose of obtaining an order permitting Plaintiff to file a civil complaint under seal.

   On January 21, 2026, the Court entered an order granting the application and permitting the filing of the complaint under seal. Prior to commencing the contemplated civil action, however, the parties reached a settlement resolving the dispute.

   Because the contemplated civil action will not be filed and no further relief is sought in this miscellaneous matter, there are no remaining proceedings for the Court to adjudicate. Accordingly, we respectfully request that the Court direct the Clerk to mark this miscellaneous action closed.

   We thank the Court for its attention to this matter.

The Clerk of Court is directed to terminate the motion at ECF No. 4 and to close this case.

So ordered.
3/13/2026

_____
J. PAUL OETKEN
United States District Judge